PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
OWEN ROTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 21 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>STEPHEN CEBULA,<br><br>           Defendant. | 2:16 - CR - 0136 KJM<br><br>CASE NO.<br><br>18 U.S.C. § 875(c) – Interstate Communication of Threat to Injure the Person of Another; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

INDICTMENT

The Grand Jury charges:  T H A T

STEPHEN CEBULA,

defendant herein, between on or about July 2, 2016 and on or about July 3, 2016, in the State and Eastern District of California, did knowingly and intentionally transmit in interstate and foreign commerce communications using the Facebook social-networking website to Blizzard Entertainment, Inc. ("Blizzard"), that contained threats to injure persons who worked for Blizzard, specifically, defendant transmitted the following communications to Blizzard:

- "Careful blizzard. . . I live in California and your headquarters is here in California. . . You keep silencing me in Heroes Of The Storm and I may or may not pay you a visit with an AK47 amongst some other 'fun' tools."

- "You keep silencing people in heroes of the storm and someone who may live in California might be inclined to 'cause a disturbance' at your headquarters in California with an AK47 and a few other 'opportunistic tools'. . . It would be a shame to piss off the wrong person. Do you not

INDICTMENT                                                       1

agree blizzard?",

in violation of Title 18, United States Code, Section 875(c).

FORFEITURE ALLEGATION: [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Upon conviction of the offense alleged in this Indictment, the defendant, STEPHEN CEBULA, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violation, including but not limited to the following:

    a. A sum of money equal to the amount of proceeds traceable to such offense, for which defendant is convicted.

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

## United States v. Cebula
## Penalties for Indictment

**COUNT 1:**

VIOLATION: 18 U.S.C. § 875 – Interstate Communication of a Threat to Injure the Person of Another

PENALTIES: Statutory maximum of five years in prison
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to three years

SPECIAL ASSESSMENT: $100

**FORFEITURE ALLEGATION:**

PENALTIES: As stated in the charging document


*No.* _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

STEPHEN CEBULA

**NO PROCESS NECESSARY**

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 875(c); 18 U.S.C. § 981 (a)(1)(C); 28 U.S.C. § 2461(c)

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

*Filed in open court this* \_\_\_\_ 21 \_\_\_\_\_ *day*

*of* \_\_\_\_\_ July \_\_\_\_\_, A.D. 20 16

_____
*Clerk.*

Bail, $ _____

GPO 863 525