

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN CEBULA,<br><br>Defendant. | No. 2:16-cr-00136-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release STEPHEN CEBULA;

Case No. 2:16-cr-00136-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

       ___ Unsecured Appearance Bond

       ___ Appearance Bond with 10% Deposit

       ___ Appearance Bond with Surety

       ___ Corporate Surety Bail Bond

_X_ (Other): Time Served

Issued at Sacramento, California on ___1/4/17___, at ___9:45 am___

_____
Kimberly J. Mueller
United States District Judge